296 U.S. 649
 56 S.Ct. 306
 80 L.Ed. 462
 Frank Collis BOWERS, as Executor of the last Will and Testament of Frank K. Bowers, deceased, etc., petitioner,
v.
The FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc.*
 No. 510.
 Supreme Court of the United States
 December 9, 1935
 
 1
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 No opinion of Circuit Court of Appeals on motion to amend order for mandata. For opinion on merits, see 68 F.(2d) 916, certiorari denied 293 U.S. 565, 55 S. Ct. 76, 79 L. Ed. 655.